**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES    MAR 1 - 2008
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08cr 66-WKW |
| | ) | [18 USC § 371; |
| CARL RAYMOND KAHLER, | ) | 18 USC § 2113(a); |
| BRADLEY STEPHEN HEDGES | ) | 18 USC § 2] |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

Beginning on or about December 25, 2007, the exact date being unknown to the grand jury, and continuing until on or about December 28, 2007, in Phenix City, Alabama, and elsewhere, within the Middle District of Alabama,

CARL RAYMOND KAHLER and
BRADLEY STEPHEN HEDGES,

defendants herein, did combine, conspire, confederate, and agree among themselves and each other to take by force and intimidation from the person and presence of another money belonging to and in the care, custody, control, management, and possession of Colonial Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a). In order to effect the object of the conspiracy, defendants KAHLER and HEDGES committed a number of overt acts, including but not limited to (1) driving from Phenix City, Alabama to Montgomery, Alabama; (2) writing out a demand note; (3) stealing and retaining approximately $1,300 from Colonial Bank; and (4) attempting to evade capture by law enforcement.

All in violation of Title 18, United States Code, Section 371.

COUNT 2

On or about December 28, 2007, in Montgomery County, within the Middle District of Alabama,

CARL RAYMOND KAHLER and
BRADLEY STEPHEN HEDGES,

defendants herein, while aiding and abetting each other, did by force and intimidation take from the person and presence of another money belonging to and in the care, custody, control, management, and possession of Colonial Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.    All in violation of Title 18, United States Code, Sections 2113(a) and 2.

A TRUE BILL:

*Marie A. Helling*
Foreperson

*Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*Nathan D. Stump*
Nathan D. Stump
Assistant United States Attorney