IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA, )
    Plaintiff, )
vs. ) CASE NO. 2:08-cr-66-WKW
     )
BRADLEY HEDGES, )
    Defendant. )

## NOTICE OF APPEARANCE

COMES NOW, Raymond J. Hawthorne and files this Notice of Appearance as Counsel of Record on behalf of the Defendant Bradley Hedges (hereinafter referred to as the Defendant) in the above-styled action. The undersigned requests that all Orders, pleadings, papers, correspondence, or otherwise, be forwarded to the undersigned as counsel of record.

WHEREFORE, THE PREMISES CONSIDERED, the Defendant respectfully provides Notice of his Counsels Appearance on the Defendant's behalf in this cause. Respectfully submitted, this 27th day of March 2008.

                                          Raymond J. Hawthorne (HAW-008)

OF COUNSEL :
Raymond J. Hawthorne, Esquire
418 Scott Street
Montgomery, AL. 36104
Phone : (334)-264-5500
Facsimile : (334)-265-8511

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appearance has been served upon the following parties by depositing a copy of same in the United States mail, postage prepaid, on this 27th day March, 2008:

Honorable Leura J. Canary
United States Attorney
Middle District of Alabama
Post Office Box 171
Montgomery, Alabama 36101

                                          OF COUNSEL