IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
|     Plaintiff, | ) | |
| vs. | ) | CASE NO. 2:08-cr-66-WKW |
| | ) | |
| BRADLEY HEDGES, | ) | |
|     Defendant. | ) | |

## MOTION TO CONTINUE

COMES NOW, the Defendant Bradley Hedges, by and through counsel, Raymond J. Hawthorne, and files this Motion to Continue in the above-styled action. In support hereof, the Defendant would show unto this Honorable Court the following:

1. On April 15, 2008, this Court issued a Pretrial Conference Order in this action. The deadlines set by said Order are April 28, 2008, for *voir dire*, jury instructions and *limine* motions; with the trial of this matter set for May 5, 2008.

2. Plea negotiations in this action are still underway between the Government and the Defendant.

3. Undersigned counsel has discussed the matter of a continuance in this case with the Government and the Government has consented to the granting of such continuance should this Honorable Court deem the continuance to be appropriate.

WHEREFORE, THE PREMISES CONSIDERED, the Defendant respectfully prays that this Honorable Court grant this Motion to Continue the present scheduling in this matter and to re-set the calendar as this Court deems appropriate.

Respectfully submitted, this 25th day of April 2008.

/S/ Raymond J. Hawthorne
Raymond J. Hawthorne (HAW-008)
Attorney for the Defendant
418 Scott Street
Montgomery, AL. 36104
Phone: (334)-264-5500
E-Mail corkyhawthorne@bellsouth.net

**CERTIFICATE OF SERVICE**

      I hereby certify that this Motion to Continue has been electronically filed with the Court and that a copy of the same shall be electronically served on the United States Attorney for the Middle District of Alabama on this 25th day April, 2008:

                                                        /S/ Raymond J. Hawthorne
                                                        OF COUNSEL