**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

April 28, 2008

# NOTICE OF DEFICIENCY

**To:**                Raymond James Hawthorne

**From:**              Clerk's Office

**Case Style:**        USA vs. Bradley Stephen Hedges

**Case Number:**       2:08cr66-002-WKW

**Referenced Pleading:**   Document #29
                           First Motion to Continue

**A Notice of Deficiency has been filed in this case to reflect that the above referenced pleading was docketed as to both defendants in error. This pleading was filed on behalf of defendant Bradley Stephen Hedges only.**