IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 2:08-cr-0066-WKW |
| | ) | |
| CARL RAYMOND KAHLER | ) | |
| | ) | |
| BRADLEY STEPHEN HEDGES | ) | |

## ORDER

This case is before the court on Defendant Hedges's unopposed Motion to Continue

(Doc. # 29). The criminal case is currently set for trial during the May 5, 2008 term. For the

reasons set forth below, the Court finds that the trial for all defendants should be continued

pursuant to 18 U.S.C. § 3161(h).

While the grant of a continuance is left to the sound discretion of the trial judge,

*United States v. Stitzer*, 785 F.2d 1506, 1516 (11th Cir. 1986), the Court is limited by the

requirements of the Speedy Trial Act, 18 U.S.C. § 3161. The Act provides in part:

> In any case in which a plea of not guilty is entered, the trial of a defendant
> charged in an information or indictment with the commission of an offense
> shall commence within seventy days from the filing date (and making public)
> of the information or indictment, or from the date the defendant has appeared
> before a judicial officer of the court in which such charge is pending,
> whichever date last occurs.

18 U.S.C. § 3161(c)(1). However, the Act excludes from the 70 day period any continuance

based on "findings that the ends of justice served by taking such action outweigh the best

interest of the public and the defendant in a speedy trial." *Id.* § 3161(h)(8)(A). Additionally,

the Act excludes "[a] reasonable period of delay when the defendant is joined for trial with

a codefendant as to whom the time for trial has not run and no motion for severance has been

granted." *Id.* § 3161(h)(7).

The Court finds that the ends of justice served by continuing this trial outweigh the

best interest of the public and the defendant in a speedy trial. In support of his motion to

continue the trial, Defendant Hedges states that additional time is needed in order to complete

plea negotiations with the government. The government is unopposed to the continuance.

Accordingly, it is ORDERED that the Defendant Hedges's unopposed Motion to

Continue (Doc. # 29) is GRANTED. The court also continues the trial date of Defendant

Kahler. Trial in this matter *for all defendants* is continued from the May 5, 2008 trial term,

to the criminal term of court beginning **August 18, 2008**. The Magistrate Judge shall

conduct a pretrial conference prior to the **August 18, 2008**, trial term and enter a pretrial

conference order.

DONE this 29th day of April, 2008.

      /s/   W.  Keith Watkins
      UNITED STATES DISTRICT JUDGE