IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. 2:08cr066-WKW |
| ) | |
| BRADLEY STEPHEN HEDGES ) | |

### GOVERNMENT'S RESPONSE TO DEFENDANT'S FIRST MOTION FOR BOND

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files this response to Defendant's "Motion to Set Bond" (hereinafter "Motion").

1. At the time of his indictment in this case, Defendant was already being held in state custody on a $300,000 bond for the equivalent state offense of Robbery 1st.

2. On March 25, 2008, this Court issued a Writ of Habeas Corpus ad Prosequendum, directing the Montgomery County Jail to produce Defendant for his arraignment the following day.

3. At his arraignment, Defendant waived the issue of detention and his right to a formal detention hearing based upon his inability to make bond in state court.

4. A clerk for the Montgomery County Circuit Court confirmed this afternoon that nothing has changed with regard to Defendant's custody status, and that his state bond is still set at $300,000.

For the foregoing reasons, the United States submits that any formal hearing on Defendant's Motion would be a waste of time, and that the Motion should be denied as premature. If and when Defendant should succeed in making bond in his state case, the United States would be agreeable to revisiting the issue of detention in his federal case.

The undersigned attorney for the Government has discussed the substance of this Response with Defendant's counsel, Raymond J. Hawthorne.

Respectfully submitted this the 12th day of May, 2008.

                                                   LEURA G. CANARY
                                                   UNITED STATES ATTORNEY

                                                   */s/ Nathan D. Stump*
                                                   NATHAN D. STUMP
                                                   Assistant United States Attorney
                                                   131 Clayton Street
                                                   Montgomery, AL  36104-3429
                                                   Tel: (334) 223-7280
                                                   Fax: (334) 223-7560
                                                   Email: nathan.stump@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:08cr066-WKW |
| | ) | |
| BRADLEY STEPHEN HEDGES | ) | |

### CERTIFICATE OF SERVICE

      I, Nathan D. Stump, Assistant United States Attorney, hereby certify that on this the 12th day of May, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically serve a copy upon all counsel of record, including Raymond J. Hawthorne, Esq., counsel for Defendant.

Respectfully submitted,

*/s/Nathan D. Stump*
NATHAN D. STUMP
131 Clayton Street
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: nathan.stump@usdoj.gov