IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 2:08-cr-66-WKW |
| | ) | |
| BRADLEY HEDGES, | ) | |
| Defendant. | ) | |

## MOTION TO SET BOND

**COMES NOW,** the Defendant in the above referenced actions, by and through the undersigned counsel, and respectfully requests that this Honorable Court will set an achievable bond for the Defendant's release in the above styled actions; as ground the Defendant avers as follows:

1.  The Defendant is currently incarcerated in the Montgomery Municipal Jail, without bond, having waived a detention hearing prior to the commencement of the undersigned's representation.

2.  The Defendant has strong ties to, and roots within, the community, and poses no risk of flight whatsoever.

3.  The Defendant is eager to resolve the charges against him, and poses no threat to the community; this averment is substantiated by the fact that during his probationary period, which he successfully completed, on another charge he was a model probationer.

4.  The Defendant will willingly appear at any scheduled hearing, and a high or no bond only serves to penalize the Defendant in advance of any conviction and denies him meaningful ability to assist in his own defense.

5.    No prejudice will accrue to the government through the setting of bond.

**WHEREFORE,** these premises considered, the Defendant in the above styled action respectfully requests that this Honorable Court will set an achievable bond for the Defendant's release; or, alternatively, will schedule a hearing in which the issues raised within this motion may be heard and recorded.

**RESPECTFULLY SUBMITTED** this the 9th day of May, 2008 in the year of or Lord.

/S/ Raymond J. Hawthorne
Raymond J. Hawthorne (HAW-008)
Attorney for the Defendant
418 Scott Street
Montgomery, AL. 36104
Phone : (334)-264-5500
E-Mail
corkyhawthorne@bellsouth.net

## CERTIFICATE OF SERVICE

I hereby certify that this Motion to Continue has been electronically filed with the Court and that a copy of the same shall be electronically served on the United States Attorney for the Middle District of Alabama on this 25th day April, 2008:

/S/ Raymond J. Hawthorne
OF COUNSEL

# MOTION DENIED

THIS 12 DAY OF May, 20 08

UNITED STATES MAGISTRATE JUDGE