**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DISTRICT**

| | | |
|---|---|---|
| **UNITED STATES OF** | ) | |
| **AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 2:08-CR-66-WKW-WC** |
| | ) | |
| **KAHLER and BRADLEY** | ) | |
| **STEPHEN HEDGES, et al.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MOTION TO SET BOND

COMES NOW, the Defendant Bradley Stephen Hedges (hereinafter the Defendant Hedges), by and through the undersigned counsel, and respectfully requests that this Honorable Court set an achievable bond for the Defendant Hedges' release in the above-styled action.  In support hereof, the Defendant Hedges would show unto this Court the following:

1.     The Defendant Hedges is currently incarcerated in the Montgomery Municipal Jail, without bond, having waived a detention hearing prior to the commencement of the undersigned's representation, on the current federal charges; separate state charges based on the sale alleged offense have been disposed of in the Defendant Hedges' favor.

2.     The Defendant Hedges has strong ties to, and roots within, the community, and poses no risk of flight whatsoever.

1

3.      The Defendant Hedges is eager to resolve the charges against him, as is substantiated by the fact that during his probationary period on a separate matter, which he successfully completed without incident, he was indeed a model probationer.

4.      The Defendant Hedges agreed to cooperate with the government and further agreed to testify on the government's behalf against co-defendants.

5.      The Defendant Hedges will willingly appear at any scheduled hearing, and a high or no bond only serves to penalize the Defendant Hedges in advance of any conviction and denies him meaningful ability to assist in his own defense.

6.      No prejudice will accrue to the government through the setting of bond.

**WHEREFORE, THE PREMISES CONSIDERED,** the Defendant Hedges respectfully requests that his Honorable Court will set an achievable bond for the Defendant Hedges' release; or, alternatively, will schedule a hearing in which the issues raised with in this Motion may be heard and recorded.

RESPECTFULLY SUBMITTED

/S/ Raymond J. Hawthorne
RAYMOND J. HAWTHORNE
Attorney for Defendant Bradley Stephen Hedges
418 Scott Street
Montgomery, Alabama 36104
Telephone (334) 264-5500
Facsimile (334) 265-8511

## CERTIFICATE OF SERVICE

I hereby certify that this Motion to Set Bond was electronically filed with the Court and that an electronic copy of same shall be served upon the United States Attorney for the Middle District of Alabama, on this 6th day of June, 2008.

/S/ RAYMOND J. HAWTHORNE
OF COUNSEL