IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08cr66-WKW |
| | ) | |
| BRADLEY STEPHEN HEDGES | ) | |

## **ORDER**

For good cause, it is

ORDERED that a bond hearing be and is hereby set for June 12, 2008 at 9:00 a.m. in Courtroom 5A, Frank M. Johnson, Jr. United States Courthouse Complex, Montgomery, Alabama before the undersigned Judge. It is further

ORDERED that the person or persons having custody of the defendant shall produce him for said hearing.

DONE this 9th day of June, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE