IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | CASE NO. 2:08cr66-WKW |
| ) | |
| BRADLEY STEPHEN HEDGES,   ) | |
| Defendant.   ) | |

## APPEAL FROM ORDER OF DETENTION PENDING TRIAL

COMES NOW the Defendant, by and through his undersigned counsel, and respectfully presents his appeal from the Order of Detention of Defendant as follows:

1. On June 12, 2008, the Magistrate issued an Order of Detention of the Defendant finding that "There is a serious risk that the defendant will endanger the safety of another person or the community." This Order does not contain a statement of reasons for detention as required by 18 U.S.C. δ 3141(i) (see copy of Order of Detention, attached as Exhibit "A").

2. Defendant asserts that there is no such risk that he will endanger the safety of another person or the community.

3. The question of whether or not such risk exists and whether or not Defendant should be released on bail pursuant to the Bail Reform Act of 1984 presents "mixed questions of law and fact to be accorded plenary review on appeal." *United States v. Hurtado*, 1179 F.2d 1467, 1471-72 (11th Cir. 1985), see also: *United States v. King*, 849 F.2d 485[18]; (11th Cir. 1988), *United States v. Tobin*, 923 F.2d 1506 [37] (11th Cir. 1991).

WHEREFORE, Defendant prays that the Court will issue an Order to set a hearing forthwith to reconsider by plenary review the Magistrate's Order of Detention.

RESPECTFULLY SUBMITTED, this 20th day of June, 2008, in the year of our Lord.

/S/ Raymond J. Hawthorne

Raymond J. Hawthorne (HAW008)
Attorney for Defendant
418 Scott Street
Montgomery, Alabama 36104
(334) 264-5500
(334) 265-8511 (Facsimile)
(334) 220-7009 (Cell)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on the United States by electronic transmission to Nathan Stump, Esq., Assistant United States Attorney for the Middle District of Alabama, and other interested parties cited below:

nathan.stump@usdoj.gov
debby.shaw@usdoj.gov
uakidd@netzero.com
don_bethel@fd.org
carla_henderson@fd.org

DONE this 20th day of June, 2008

/S. Raymond J. Hawthorne
Raymond J. Hawthorne
Attorney for Defendant