IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 2:08-cr-0066-WKW |
| ) | |
| BRADLEY STEPHEN HEDGES ) | |

## **ORDER**

Upon consideration of Defendant Hedges's Appeal from Order of Detention Pending Trial (Doc. # 41), it is ORDERED that the government shall respond in writing **on or before June 26, 2008**.

DONE this 23rd day of June, 2008.

                                          /s/   W.  Keith Watkins
                                        UNITED STATES DISTRICT JUDGE