### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. 2:08-cr-0066-WKW |
| | ) | |
| BRADLEY STEPHEN HEDGES | ) | |

### NOTICE OF INTENT TO CHANGE PLEA

COMES NOW the Defendant, **BRADLEY STEPHEN HEDGES**, by and through undersigned counsel, Raymond J. Hawthorne, and notifies the Court of his intent to change his previously entered plea of not guilty to guilty. Defendant waives his right to plead in front of a district judge and consents to do so before a magistrate judge.

Dated this 6TH day of August, 2008.

Respectfully submitted,

s/ Raymond J. Hawthorne
RAYMOND J. HAWTHORNE (HAW 008)
Attorney for Defendant Bradley Stephen Hedges
418 Scott Street
Montgomery, Alabama 36104
Telephone (334) 264-5500
Facsimile  (334) 265-8511

### CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was electronically filed and that a an electronic copy of same shall be served upon the Office of the United States Attorney, on this the 6th day of August, 2008.

/S/ Raymond J. Hawthorne
OF COUNSEL