IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | CASE NO. 2:08-cr-66-2-WKW |
| ) | |
| BRADLEY STEPHEN HEDGES ) | |

**ORDER**

It is **ORDERED** that the sentencing hearing for defendant Bradley Stephen Hedges is **CONTINUED** from October 15, 2008, to **October 29, 2008, at 11:15 a.m.,** in courtroom 2E of the Frank M. Johnson, Jr. U. S. Courthouse, One Church Street, Montgomery, Alabama.

DONE this 25th day of August, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE